IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,  :
:
    Plaintiff,  :
:
vs.  :
:   Case No. CR2-11-212
BARRY L. YOUST,  :   JUDGE MARBLEY
:
    Defendant.  :

## ORDER

On October 1, 2012, this court granted Defendant, Barry L. Youst's, Motion to Withdraw a Guilty Plea. The Government has until **December 28, 2012** to file the Indictment in this case in order that the Court can arraign the Defendant. Once the Indictment in this matter is filed, the Court will schedule the Defendant for an arraignment.

**IT IS SO ORDERED.**

                                                          s/Algenon L. Marbley
                                                          **ALGENON L. MARBLEY**
                                                          **United States District Judge**

**DATED: November 28, 2012**